Cesarina Mora - FLSA

### TÉRMINOS DEL ACUERDO:

1. Yo, el suscrito, por este medio contrato a los abogados de REMER & GEORGES-PIERRE, PLLC como los abogados que me representarán en el caso antes indicado. Como contraprestación por servicios legales, yo, el CLIENTE, acepto pagar a REMER & GEORGES-PIERRE, PLLC un monto basado en el monto bruto de dinero que el bufete recupere por mí conforme a las directrices y límites establecidos por el Tribunal Supremo del Estado de la Florida en relación con este tipo de casos. El honorario que el CLIENTE acepta pagar al ABOGADO dependerá del resultado del caso. Si se obtiene una indemnización en este caso en nombre del CLIENTE, el CLIENTE acepta pagarle al ABOGADO, como contraprestación por los servicios prestados, un monto basado en lo siguiente:

Si se llega a un acuerdo antes de que se presente una demanda, o antes de la demanda de nombramiento de árbitros:

a) Treinta y tres más un tercio por ciento (33 1/3%) de cualquier indemnización de hasta $1 millón; más
b) Treinta por ciento (30%) de cualquier indemnización entre $1 y $2 millones; más
c) Veinte por ciento (20%) de cualquier indemnización de más de $2 millones;

Si se llega a un acuerdo de liquidación o se obtiene una indemnización luego de la presentación de la demanda o acusación de discriminación ante un tribunal o agencia administrativa o de la demanda de nombramiento de árbitros:

a. Cuarenta por ciento (40%) de cualquier indemnización de hasta $1 millón; más
b. Treinta por ciento (30%) de cualquier indemnización entre $1 y $2 millones; más
c. Veinte por ciento (20%) de cualquier indemnización de más de $2 millones;

Si se requiere algún tipo de acción para el cobro, ejecución o retención luego de emitido el fallo, se cobrará un cinco por ciento (5%) adicional de cualquier monto de indemnización bruto, como honorario por la gestión de dicha acción.

Si el CLIENTE contrata los servicios del Bufete para asuntos relacionados con el Capítulo 440 de los Estatutos de la Florida - Compensación legal por accidentes laborales, excepto los casos relacionados con despido ilegal o represalias derivados de lesión en un accidente laboral conforme al cap. 440.205 de los Estatutos de la Florida, el CLIENTE acepta pagar al ABOGADO, como contraprestación por los servicios prestados, el monto detallado en el párrafo 32, y no el párrafo 1, del presente documento.

2. Acuerdos de liquidación futuros o estructurados: en aquellos casos donde el CLIENTE deba recibir una indemnización pagadera sobre una base estructurada o periódica, el por ciento del honorario condicional solamente será calculado sobre el costo del veredicto o acuerdo estructurado, o, en caso de que el costo sea desconocido, sobre el valor monetario actual del veredicto o acuerdo estructurado, cualquiera sea menor. Si los daños y cargos se pagaren conforme a un programa futuro a largo plazo, entonces no aplica esta limitación y el por ciento del honorario condicional se basará en el valor total futuro de la indemnización.

3. Limitaciones a los honorarios legales de los abogados: Ciertas y determinadas reclamaciones contra entidades gubernamentales imponen límites sobre los honorarios profesionales. En todos los casos, los honorarios profesionales ascenderán al monto máximo permitido por la ley o los Tribunales.

4. Disputas de seguro de la Primera Parte: Por este medio, REMER & GEORGES-PIERRE, PLLC queda autorizado, y acepta, representar al cliente contra su propio proveedor de seguro en cualquier disputa o negativa del seguro relacionada con la acción judicial de base. Únicamente en estos casos, el bufete limitará sus honorarios a los honorarios concedidos o negociados por cualquier Tribunal.

5. En caso de que se determine que deba efectuarse una concesión de honorarios profesionales conforme a cualquier estatuto federal o estatal, terceros o cualquier otra parte responsable, mis abogados serán compensados con el programa de honorarios condicionales antes indicado, o el monto concedido por el Tribunal, cualquiera sea mayor. Cualquier honorario concedido por el Tribunal se acreditará contra los montos pendientes de pago del CLIENTE. Cualquier exceso concedido por el Tribunal se entregaría al ABOGADO. Se entiende y acepta que la tarifa horaria de los abogados para la determinación de honorarios concedidos por el Tribunal o gravamen sobre honorarios profesionales es de $425 por hora. El CLIENTE reconoce que el Abogado suscrito cobra $425 hora por el tiempo empleado en este caso y que esta tarifa horaria será presentada ante los Tribunales para el cálculo de los honorarios profesionales a los que tenga derecho.

6. En caso de que la parte responsable de pagar la reclamación por daños del CLIENTE sea una agencia gubernamental, el CLIENTE entiende que es posible que las leyes federales y estatales limiten el monto de los honorarios profesionales. En ese caso, el CLIENTE entiende que los honorarios profesionales pendientes ascenderán al monto dispuesto por la ley.

7. Si no se obtiene una indemnización, el CLIENTE no deberá honorarios profesionales al ABOGADO por concepto de su representación en este caso, ni tampoco será responsable del pago de ningún otro cargo excepto los dispuestos en el presente documento.

8. El CLIENTE acepta pagar los costos de la investigación y evaluación, y en caso de que sea necesario interponer una demanda, los costos legales y costos asociados del litigio. Se entiende y acepta que estos costos son adicionales a los honorarios profesionales que puedan deberse a la conclusión



Acuerdo de representación abogado-cliente. Esta página ha sido leída, entendida, aceptada y aprobada y el CLIENTE emite su autorización de manera informada como indica su firma en la página tres (3) del presente acuerdo de contrato.

del caso. El CLIENTE acepta reembolsar a REMER & GEORGES-PIERRE, PLLC estos costos con el dinero proveniente de la indemnización neta que reciba el CLIENTE a la conclusión del caso o terminación de la causa de acción. Los abogados, en nombre del CLIENTE, están autorizados a incurrir en los costos y gastos que, a discreción del ABOGADO, sean razonablemente necesarios para procesar las reclamaciones del CLIENTE. El CLIENTE entiende y acepta ser el único responsable del pago de dichos costos y gastos. Es posible que el ABOGADO solicite que el CLIENTE le pague al ABOGADO un depósito para cubrir los costos y gastos que el ABOGADO considere necesarios para la investigación de las reclamaciones del CLIENTE y el proceso de representación. Sin embargo, es posible que el ABOGADO, a discreción exclusiva, adelante total o parcialmente el pago de los costos y gastos. El bufete está autorizado a pagar o incurrir en costos/obligaciones para todos los gastos que considere necesarios para la representación del caso del cliente. El cliente pagará todas las obligaciones o costos y gastos incurridos. "COSTOS" incluye, pero no se limita a, cargos de presentación de documentos, citaciones, declaraciones, honorarios de testigos, investigaciones, honorarios de peritos, cargos por obtención de historias e informes clínicos, fotografías, fotocopias y llamadas de larga distancia, viajes, estacionamiento y todos los demás gastos que el Bufete considere necesarios para la adecuada prestación de los servicios legales de asistencia en la preparación y proceso legal del caso del cliente. El CLIENTE tiene la obligación de pagar todos los antedichos gastos. Se le ha explicado al CLIENTE, y el CLIENTE ha entendido, que los COSTOS son independientes de los honorarios profesionales. A pesar de que el cliente no tiene responsabilidad de pagar los honorarios profesionales de los abogados en caso de que no se conceda una indemnización, no sucede lo mismo con los costos. En todos los casos en los que el ABOGADO pague por adelantado los costos y gastos, los montos adelantados serán sustraídos de las ganancias del acuerdo o fallo judicial luego del cálculo de los cargos y serán reintegrados al ABOGADO antes de que se pague al CLIENTE cualquier monto recuperado. Los costos y gastos pueden incluir, pero no se limitan a, cargos de investigación y costos legales. Si el CLIENTE despide al ABOGADO antes de que concluya la representación, el CLIENTE pagará de inmediato al ABOGADO los costos y gastos adelantados por el ABOGADO. Es posible que el Bufete use cualquier monto de dinero confiado a su cuidado en calidad de fideicomiso conforme a este contrato para pagar los costos incurridos en nombre del CLIENTE. Además de cualquier otro gravamen contenido en el presente documento, al bufete se le concede un derecho de retención sobre la reclamación o causa de acción, por el monto recuperado mediante el acuerdo de liquidación, y sobre cualquier indemnización que pueda adelantarse en nombre del CLIENTE en relación con la causa de acción. El CLIENTE acepta que el ABOGADO tenga derecho de retención sobre todos los documentos del CLIENTE para el pago de todos los montos pendientes conforme a este acuerdo, y sobre bienes o fondos recibidos por el CLIENTE a través de acuerdos de liquidación, indemnización o cualquier otra manera, o que hayan estado en litigio entre las partes. Si el bufete usa los servicios de un abogado para hacer cumplir los términos de este acuerdo, el CLIENTE acepta pagar, además de todas las demás sumas pendientes, honorarios legales razonables por dicho cumplimiento.

9. Se acuerda que el pago de los honorarios profesionales se base en el monto total recuperado, incluyendo daños punitivos, ya sea mediante acuerdo de liquidación o indemnización y se pagará al ABOGADO en un monto único cuando se reciba el monto de la recuperación. En aquellos casos donde el CLIENTE reciba una indemnización pagadera sobre una base estructurada o periódica, el porciento del honorario condicional solamente será calculado sobre el costo del veredicto o acuerdo estructurado, o, en caso de que el costo sea desconocido, sobre el valor monetario actual del veredicto o acuerdo estructurado, cualquiera que sea menor. Si los daños y cargos se pagaren conforme a un programa futuro a largo plazo, entonces no aplica esta limitación.

10. El CLIENTE autoriza al ABOGADO a sustraer de las ganancias de cualquier indemnización los honorarios profesionales aplicables, conforme a los términos antes indicados, junto con los demás cargos, costos y gastos por los que el CLIENTE es responsable y que permanezcan pendientes al momento en que se reciba la indemnización.

11. El CLIENTE reconoce que el ABOGADO no ha hecho promesa o garantía alguna al CLIENTE en cuanto al resultado del caso o determinación de ninguna reclamación excepto que el ABOGADO ha prometido aplicar el máximo de sus habilidades profesionales en la representación de su cliente. Todas y cualesquiera de las declaraciones relacionadas con el resultado, emitidas periódicamente, se basan únicamente en hechos del conocimiento de los ABOGADOS en dicho momento, y no tienen intención de ser, ni deben ser interpretadas como, promesas ni garantías. El ABOGADO acepta no llegar a compromiso o acuerdo alguno sobre este asunto sin la autorización del CLIENTE. El ABOGADO acepta notificar al CLIENTE siempre que el ABOGADO reciba una oferta de acuerdo de liquidación, y a informar al CLIENTE sobre el monto de dicha oferta, y sobre las recomendaciones del ABOGADO en cuanto a su aceptabilidad.

12. El ABOGADO podrá suspender la representación del CLIENTE conforme a los términos de este acuerdo luego de presentar una notificación por escrito indicando que la base legal o factual de la reclamación es tal que no es aconsejable continuar la representación, o si el CLIENTE rechaza una propuesta de acuerdo de liquidación afirmativamente recomendada por el ABOGADO.

13. Este contrato podrá ser cancelado mediante una notificación por escrito al abogado en cualquier momento antes de que transcurran tres (3) días laborales a partir de la fecha en que se firmó el contrato, como se indica, y si se cancela antes de que transcurran tres días laborales a partir de la fecha en que se firmó el contrato, el CLIENTE no se verá en la obligación de pagar ningún honorario al ABOGADO por el trabajo realizado durante ese tiempo. Si el ABOGADO adelantó



Acuerdo de representación abogado-cliente. Esta página ha sido leída, entendida, aceptada y aprobada y el CLIENTE emite su autorización de manera informada como indica su firma en la página tres (3) del presente acuerdo de contrato.

fondos a otros como parte de su representación del CLIENTE, el ABOGADO tiene derecho a que se le reintegre dicho monto en la medida que haya sido adelantado de manera razonable en nombre del cliente.

14. Si el CLIENTE decide terminar este acuerdo luego de transcurridos tres (3) días laborales, el CLIENTE pagará de inmediato todos los costos y gastos incurridos por el ABOGADO y será responsable para con el ABOGADO por el valor razonable de los servicios prestados por el ABOGADO, pagaderos al ABOGADO en el momento en que el CLIENTE reciba cualquiera de las ganancias de la indemnización.

15. Una vez culminado el asunto al que se aplica específicamente esta representación, o en caso de la terminación anticipada de la relación entre ABOGADO y CLIENTE, la relación ABOGADO-CLIENTE dejará de existir a menos que se haya llegado a un acuerdo expreso de continuación con respecto a otros asuntos. Esperamos, por supuesto, que dicha continuación sea nuestro caso. Cualquiera de los dos puede terminar la representación en cualquier momento. La terminación de la representación no significa que la obligación del CLIENTE de pagar cargos y gastos incurridos antes de la terminación queda cancelada.

16. En cualquier momento, si el ABOGADO determina que no es factible procesar dicha reclamación o continuar con dicha representación del CLIENTE, por emisión de una orden judicial, el ABOGADO podrá retirarse de la representación del CLIENTE. El CLIENTE podrá prescindir de los servicios del Bufete en cualquier momento, con o sin causa. El CLIENTE deberá hacerlo por escrito. El Bufete podrá retirarse con la autorización del CLIENTE, o con una buena causa. Se considera "buena causa" el incumplimiento por parte del CLIENTE de los términos de este acuerdo o la existencia de circunstancias bajo las cuales la continuación de la representación por parte del Bufete pudiera ser considerada poco ética o ilegal. Al concluir los servicios del Bufete, todos los montos pendientes de pago vencerán y serán pagaderos. El CLIENTE acepta, entiende y reconoce que el Bufete no está en la obligación de devolver ninguno de los documentos del expediente al CLIENTE o a los abogados siguientes hasta que todos los cargos y costos incurridos a la fecha de la terminación se paguen en su totalidad. El Bufete tendrá el derecho inmediato e incondicional de retirar su representación en este caso sí: (a) el CLIENTE incumple con el pago de cualquier factura antes de que transcurran treinta (30) días de haberla recibido; o (b) el CLIENTE no responde de manera rápida y completa a cualquier comunicación del Bufete o no entrega documentación o material de apoyo o incumple con el proceso legal; o (c) el CLIENTE exige que el Bufete, a nombre del CLIENTE, asuma una posición o actúe de manera insostenible o frívola que pueda poner en peligro la economía del CLIENTE o la del Bufete o pueda dañar la reputación del Bufete o sus miembros; (d) si el CLIENTE no está disponible cuando es necesario para la preparación del caso, conferencias, declaraciones, audiencias u otros procesos legales, el ABOGADO/Bufete puede retirarse de la representación con la venia del tribunal.

17. Además, el CLIENTE acepta que el Bufete tenga derecho a retirarse de su caso: (a) si el CLIENTE ha hecho declaraciones falsas o no ha divulgado hechos materiales al Bufete; y (b) si el CLIENTE no ha seguido los consejos del Bufete. En cualquiera de los antedichos casos, el CLIENTE acepta firmar todos los documentos necesarios para la retirada del Bufete. Conforme a §57.105 de los Estatutos de la Florida, el CLIENTE reconoce que el Bufete se retirará y lo considerará una violación de este acuerdo si en cualquier momento el CLIENTE declara hechos o eventos al Bufete antes o durante la representación, o en el Juicio, y el Bufete descubre que:

a. la declaración no está sustentada por los hechos materiales necesarios para establecer la reclamación o defensa; o
b. la reclamación o defensa no está sustentada por la aplicación de las leyes vigentes a dichos hechos.

El CLIENTE acepta, entiende y reconoce estas acciones como violaciones del §57.105 de los Estatutos de la Florida que someten al CLIENTE y al Bufete (si el Bufete procesara el caso basado en las antedichas violaciones) a cargos y sanciones por la presentación de reclamaciones o defensas sin base, entrega de solicitudes, daños o acciones con el propósito de retrasar el litigio. Los estatutos y leyes federales cuentan con disposiciones disciplinarias similares, pero más estrictas que las indicadas en la Norma 11 de las Normas Federales de Proceso Civil, entre muchas otras. Así mismo, el ABOGADO se retirará si el CLIENTE mantiene, o pide que el Bufete mantenga, una posición contraria a la ley. Los ABOGADOS de este Bufete son funcionarios del tribunal y por tanto se rigen por las normas que regulan al Colegio de Abogados de la Florida. El CLIENTE reconoce y entiende que si bien el ABOGADO/Bufete acepta este contrato y promete brindar servicios legales profesionales al máximo de capacidad mientras dure el contrato, el ABOGADO no hace promesa, declaración o garantía alguna sobre el resultado favorable o conclusión exitosa de la representación. El CLIENTE acepta cooperar a plenitud con el ABOGADO; no hacer nada que comprometa la ética profesional del ABOGADO, y no solicitar ni exigir que el ABOGADO haga nada en violación de las Normas de Conducta Profesional.

18. Usted, el CLIENTE, acepta y entiende que concede al Bufete un poder notarial para firmar en su nombre todos los documentos relacionados con los asuntos o causas de acción incluidos en este Contrato. El CLIENTE autoriza al Bufete a recibir, a nombre del CLIENTE, todos y cualesquiera de los fondos pagaderos al CLIENTE sobre los asuntos incluidos en este Contrato, y a depositar dichos fondos en la Cuenta de Fideicomiso del Bufete. A discreción exclusiva, el Bufete podrá cobrar todos y cualesquiera de los cargos y costos pendientes de los antedichos fondos que mantenga en nombre del CLIENTE. El CLIENTE por este medio expresamente concede poder notarial a REMER & GEORGES-PIERRE, PLLC para refrendar cualquier acuerdo de liquidación y otros documentos legales relevantes, así como para depositar cualquier cheque en nombre del CLIENTE en cualquier cuenta de fideicomiso y



Acuerdo de representación abogado-cliente. Esta página ha sido leída, entendida, aceptada y aprobada y el CLIENTE emite su autorización de manera informada como indica su firma en la página tres (3) del presente acuerdo de contrato.

transferir directamente el pago a todos y cualesquiera de los proveedores médicos que hayan prestado servicios al CLIENTE. El CLIENTE además autoriza a los abogados suscritos a sustraer de las ganancias brutas de cualquier pago de indemnización/liquidación, veredicto o cualquier otra fuente, todos los honorarios y gastos de los abogados, y además autoriza a dicho ABOGADO a pagar todos los gastos médicos y de hospital y gravámenes de la parte de la indemnización correspondiente al cliente. Cualquier factura o gravamen impago por concepto de servicios médicos y de doctores continúa siendo obligación del CLIENTE. El CLIENTE nombra a REMER & GEORGES-PIERRE, PLLC como su abogado verdadero y legítimo, para él y en su nombre y lugar, y le concede potestad y autoridad general, total e ilimitada al ABOGADO para hacer todo lo que considere necesario en esta causa de acción como se pudiera hacer para todos los intentos y propósitos si el CLIENTE estuviera presente, con pleno poder de sustitución y revocación, y por este medio ratifica y confirma todo lo que dicho ABOGADO haga u ocasione que se haga legalmente en virtud de lo antedicho.

19. El CLIENTE concede al Bufete un derecho de retención sobre todas y cualesquiera de las reclamaciones o causas de acción, que constituyen el sujeto de la representación contenida en el presente acuerdo. La reclamación del Bufete se hará por todos los montos pendientes de pago a la conclusión de los servicios prestados conforme al presente acuerdo. La reclamación del Bufete se cobrará de cualquier indemnización que el CLIENTE obtenga, ya sea mediante arbitraje, veredicto, liquidación u otra vía. Así mismo, el CLIENTE concede al Bufete un derecho de retención sobre todos los documentos o archivos desarrollados u obtenidos por el Bufete durante su representación, en caso de que el CLIENTE no pague o se niegue a pagar cualquiera de las facturas pendientes de pago al Bufete. El Bufete entregará de inmediato todos los archivos y documentos luego del pago de todas las facturas pendientes. En caso de que el CLIENTE incumpla con el pago de los honorarios de la manera acordada, el CLIENTE acepta específicamente la imposición de un embargo sobre todos los bienes reales e inmuebles de su propiedad, ya sea individual o conjuntamente con otros, para asegurar los montos adeudados al Bufete. Esto significa que todos los bienes del CLIENTE están sujetos a este embargo para asegurar el pago de todos los honorarios, intereses y costos legales hasta que se abonen en su totalidad. Así mismo, a discreción del Bufete, se impondrá un Gravamen de Retención sobre todos los documentos relacionados con el caso, hasta el pago total y completo de todas las facturas pendientes. Debido a que este acuerdo genera un derecho de retención, éste puede ser inscrito ante el Secretario del Tribunal de este proceso y también podrá ser inscrito ante el Secretario de cualquier tribunal, con el objetivo de garantizar el pago de los honorarios, intereses y costos legales. Al firmar este documento de derecho de retención, el CLIENTE autoriza al Bufete a adjuntar la descripción legal de todas y cada una de sus propiedades y la descripción pertinente de sus bienes personales y entiende que dicha descripción pasará a formar parte de este derecho de retención. Este derecho de retención

será liberado tan pronto se abone la totalidad de los honorarios, intereses y costos legales pendientes de pago.

20. Dado el improbable caso de que surja una controversia o reclamación relacionada con los honorarios del Bufete y no se resuelva de mutuo acuerdo, dicha controversia o reclamación será resuelta mediante un arbitraje ante un árbitro neutral elegido por la Asociación Americana de Arbitraje ("AAA") conforme a sus las Normas de Arbitraje Comercial vigentes en ese momento (las "Normas") y se procesará conforme a los Procesos Expeditos de las Normas, independientemente del monto de los honorarios en disputa. Todas las demás controversias o reclamaciones que surjan entre las partes participantes a consecuencia del presente Acuerdo o de la relación entre las partes (aparte de controversias o reclamaciones relacionadas con los honorarios del Bufete) incluyendo, sin limitaciones, reclamaciones de negligencia, negligencia profesional o delito, serán resueltas mediante arbitraje ante un panel de tres (3) árbitros, uno (1) elegido por el demandante y uno (1) elegido por el demandado, y un (1) tercer árbitro neutral, elegido por los dos árbitros anteriores en un periodo de diez (10) días luego de su nombramiento, quien será un miembro activo del Colegio de Abogados de la Florida. Todos los procesos de arbitraje conforme a lo estipulado en el presente documento se celebrarán en Miami, Florida y serán administrados por la AAA conforme a las Normas. Las partes solamente tendrán derecho a tomar las declaraciones de cada una de las partes, o de sus representantes designados, y de aquellos testigos en los que se pueda confiar de buena fe en favor de las declaraciones. Todas las actividades de presentación de evidencia se completarán 90 días antes de la reunión inicial con los árbitros y todos los asuntos relacionados con el cumplimiento de las solicitudes de presentación de evidencia serán decididos por el árbitro (si solamente se nombra uno) o el Presidente del panel (si se nombran tres árbitros), excepto en caso de extensión por causa justa. El árbitro no tendrá autoridad para conceder indemnización por daños punitivos o de otro tipo que no hayan sido calculados por los daños reales de la parte vencedora y no podrá, bajo ninguna circunstancia, emitir fallo, determinación o concesión que no se ajuste a los términos, condiciones o limitaciones de este Acuerdo. Ni los árbitros ni ninguna de las partes podrá divulgar la existencia, contenido o resultados de ningún arbitraje conforme a las presentes estipulaciones sin el consentimiento anticipado y por escrito de ambas partes, excepto donde así lo requieran las leyes o reglamentos, para obtener el testimonio de testigos o para la presentación de evidencias y documentos de prueba, o de cualquier otra manera hasta el punto necesario para confirmar o hacer cumplir el dictamen (y en caso de dicho proceso legal, las partes por este medio estipulan que cualquier Fallo y sus documentos relacionados sean presentados en sobre sellado y mantenidos en confidencialidad). Los árbitros concederán todos los costos y gastos a la parte vencedora, de existir, en la medida que sean determinados por los árbitros. "Costos y gastos" se refiere a todos los gastos razonables anteriores al fallo relacionados con el arbitraje, incluyendo los honorarios de los árbitros, cargos administrativos, gastos de viaje, gastos

REMER & GEORGES-PIERRE PLLC
ATTORNEYS AT LAW

Acuerdo de representación abogado-cliente. Esta página ha sido leída, entendida, aceptada y aprobada y el CLIENTE emite su autorización de manera informada como indica su firma en la página tres (3) del presente acuerdo de contrato.

directos tales como copias, mensajería, documentos de prueba y llamadas telefónicas, honorarios de testigos y de abogados.

21. Este Acuerdo ha sido explicado al CLIENTE en su totalidad. El CLIENTE ha leído y entendido completamente el presente Acuerdo.

22. Además, el CLIENTE suscrito, antes de firmar este contrato, ha recibido y leído la DECLARACIÓN DE LOS DERECHOS DEL CLIENTE, y entiende cada uno de los derechos allí indicados. El CLIENTE suscrito ha firmado la declaración y recibido una copia firmada para su referencia mientras se encuentre bajo la representación del abogado suscrito.

23. Si en cualquier momento es necesario forzar el cumplimiento de las disposiciones contractuales, el CLIENTE suscrito acepta pagar los costos, honorarios profesionales e intereses relacionados con el proceso de dicha demanda.

24. Los abogados, a discreción absoluta y a costo propio, podrán contratar a abogados asociados. Si el abogado firma cualquier acuerdo de división de honorarios a consecuencia de dicha contratación, el cliente será notificado.

25. Servicios adicionales. Este Acuerdo abarca los servicios legales que serán prestados en la etapa de juicio y excluye la preparación de informes posteriores al juicio o servicios relacionados con apelaciones. Si los Abogados y el CLIENTE consideran aconsejable la presentación de una apelación o la prestación de cualquier otro servicio, será necesario un acuerdo adicional para todo lo relacionado con dichos servicios.

26. Mantenerse informado. El CLIENTE entregará al ABOGADO todos los documentos e informaciones relevantes a la Reclamación del CLIENTE que se encuentren en su poder o bajo su control, y mantendrá al Abogado informado de todo lo concerniente al estado, cambio o evolución de: todos los empleos, solicitudes de empleo y búsquedas de trabajo; asuntos que afecten su reclamación por daños y lesiones y prueba de la Reclamación de base; y la dirección y número(s) telefónico(s) del CLIENTE. El CLIENTE acepta no divulgar información relacionada con este asunto a nadie que no sea el ABOGADO y cualquier abogado asociado empleado por el ABOGADO. El ABOGADO notificará al CLIENTE de cualquier cambio material en el estado de sus Reclamaciones.

27. Si el CLIENTE es una persona diferente a la persona que va a ser representada de hecho, entonces el CLIENTE reconoce y acepta las obligaciones financieras incurridas conforme al presente documento y además entiende que el ABOGADO hará todo lo necesario para proteger los intereses de la persona que va a ser representada de hecho.

28. Declaraciones de hechos y circunstancias: Los hechos y circunstancias que REMER & GEORGES-PIERRE, PLLC me ha descrito en relación con mi reclamación o caso son verdaderos y correctos a mi leal saber y entender. REMER & GEORGES-

PIERRE, PLLC no me garantiza el éxito de la reclamación o causa de acción del CLIENTE, pero REMER & GEORGES-PIERRE, PLLC hará todo lo posible por llegar a una solución exitosa de este asunto.

29. Los Términos del Contrato aquí indicados constituyen la totalidad del entendimiento entre el CLIENTE y nuestro Bufete en referencia al alcance de este Contrato en particular. Cualquier cambio, incluyendo cualquier cambio o extensión del alcance del Contrato, deberá hacerse por escrito en un contrato que modifique expresamente el presente documento y lleve la firma de ambas partes.

30. Este acuerdo se rige por las leyes de la Florida, independientemente de los conflictos de principios legales de la Florida, y se considerará redactado en el Condado Miami-Dade, Florida, en la fecha indicada en la Carta de Contrato que sirve de carátula.

31. El CLIENTE reconoce que el Bufete no retiene ninguno de los documentos originales del CLIENTE y que todos los documentos contenidos en el expediente son propiedad del Bufete y no del CLIENTE. Como tal, cualquier solicitud de copia del expediente debe hacerse por escrito e ir acompañada por un giro postal o cheque bancario por el monto de cuatrocientos ochenta dólares ($480.00) pagadero a Remer & Georges-Pierre, PLLC.

32. El CLIENTE reconoce que, además de los antedichos términos y condiciones de representación acordados, los términos y condiciones indicados en este párrafo específicamente y únicamente aplican a las reclamaciones conforme al Capítulo 440 de los Estatutos de la Florida - Compensación legal por accidentes laborales, excepto en casos de reclamaciones por despido ilegal o represalias conforme al Cap. 440.205 de los Estatutos de la Florida.

Solicito que mi empleador y su proveedor de seguros o agente de servicio efectúe todos los pagos de beneficios de indemnización legal por accidentes laborales pagaderos de manera colectiva, a mí y a mi abogado, y que los envíe a nombre de mi abogado a la dirección de mi abogado.

Autorizo a mi abogado a retener en fideicomiso mis beneficios de indemnización para asegurar el pago de los honorarios y costos de mi abogado:

a. 20% de los primeros $5,000.00 de todos los beneficios asegurados;
b. 15% de los siguientes $5,000.00 de todos los beneficios asegurados;
c. 10% de todos los beneficios asegurados consiguientemente hasta transcurridos 10 años luego de la presentación de una petición/reclamación;
d. 5% de todos los beneficios asegurados luego del vencimiento del periodo de 10 años;



Acuerdo de representación abogado-cliente. Esta página ha sido leída, entendida, aceptada y aprobada y el CLIENTE emite su autorización de manera informada como indica su firma en la página tres (3) del presente acuerdo de contrato.

En caso de solicitar beneficios adicionales, acepto que mi abogado reciba honorarios separados por dichos beneficios, basados en el tiempo que mi abogado dedique a procesar mi reclamación, la dificultad, novedad o complejidad de mi caso, y el monto que finalmente se pague o conceda.

a. El Juez de Reclamaciones de Compensación tomará la decisión final en cuanto al monto y el derecho de mi abogado a recibir sus honorarios.

Hasta el punto que el dinero que se conserva en el fideicomiso exceda el monto de los honorarios y costos profesionales de mi abogado, o si la totalidad o una parte de los honorarios y costos profesionales de mi abogado es abonada por mi empleador y su proveedor de seguros o agente de servicio, entonces el resto del fideicomiso me será devuelto.

Bajo ciertas y determinadas circunstancias, el empleador y su proveedor de seguros o agente de servicios puede ser considerado responsable del pago de la totalidad o una parte de los honorarios y costos profesionales de mi abogado. Estas circunstancias son:

a. Mi empleador o proveedor de seguros haya negado que yo sufrí un accidente o lesión mientras me encontraba en el trabajo;
b. Mi empleador o su proveedor de seguros se niegue a brindarme cuidados médicos y yo no tenga derecho a ningún otro beneficio en ese momento;
c. Mi empleador o su proveedor de seguros presente un Aviso de Denegación del beneficio reclamado ante la División de Compensación legal por accidente laboral.

Entiendo que, aunque es posible que la indemnización de honorarios y costos profesionales de abogado, además de mis beneficios, requiera un proceso separado en el cual puedo incurrir en costos y honorarios adicionales si mi empleador o su proveedor de servicio se ve en la obligación de abonar los honorarios profesionales de mi ABOGADO por los beneficios que obtenga en mi nombre, en tal caso no me veré en la obligación de pagar un cargo adicional por obtener ese beneficio.

Costos: Acepto reintegrar a mi ABOGADO todos los costos asociados con el proceso de mi reclamación hasta el punto que dichos costos no procedan de la indemnización pagada por mi empleador y su proveedor de seguro o agente de servicio independientemente del resultado de mi reclamación. Mi abogado podrá usar cualquier monto de dinero confiado a su cuidado en calidad de fideicomiso para pagar los costos incurridos en mi nombre.

Su aceptación de este contrato constituye la aceptación a los antedichos términos y condiciones. Si alguno de ellos resulta inaceptable para usted, sírvase indicarlo ahora para poder resolver cualquier diferencia y proceder con un entendimiento claro, completo y consecuente de nuestra relación. Usted reconoce y acepta que una copia del presente CONTRATO DE HONORARIOS ENTRE ABOGADO Y CLIENTE/HONORARIOS CONDICIONALES será considerada como un documento original, y así lo constituirá de hecho.

Todos los pagos se consideran ganados al momento de su abono.

POR ESTE MEDIO SE ACEPTA EL ANTEDICHO CONTRATO CONFORME A LOS TÉRMINOS AQUÍ INDICADOS. EL PRESENTE CONTRATO DE HONORARIOS ENTRE ABOGADO Y CLIENTE Y EL CONTRATO DE HONORARIOS CONDICIONALES LLEVA LA FECHA DEL ___ de 07-26 de 2019.

Nombre del CLIENTE en letra de imprenta:
CESARINA MORA
Dirección: 5725 NW 2AV

_Cesarina Mora_
FIRMA DEL CLIENTE

### DECLARACIÓN DE LOS DERECHOS DEL CLIENTE

Antes de que usted, el futuro cliente, llegue a un acuerdo de honorarios condicionales con un abogado, debe entender esta declaración de sus derechos como cliente. Esta declaración no es parte del contrato entre usted y su abogado, pero como futuro cliente, usted debe estar consciente de estos derechos.

1. Ningún requisito legal exige que un abogado le cobre a su cliente una cantidad o por ciento fijo del dinero recuperado en un caso por concepto de honorarios profesionales. Usted, el cliente, tiene derecho a conversar con su abogado sobre los honorarios profesionales propuestos y a negociar la tarifa o por ciento como en cualquier otro contrato. Si usted no llega a un acuerdo con un abogado, puede conversar con otros abogados.

2. Cualquier contrato de honorarios condicionales debe hacerse por escrito y usted tiene tres (3) días laborales para recapacitar sobre el contrato. Usted puede cancelar el contrato sin motivo alguno si notifica a su abogado por escrito antes de que transcurran tres (3) días laborales luego de firmado el contrato. Si usted se retira del contrato dentro de ese periodo de tres (3) días laborales, usted no le debe honorario alguno al abogado, aunque es posible que sea responsable del pago de los costos reales incurridos por el abogado durante ese tiempo. Pero si su abogado inicia la representación de usted, su abogado no podrá retirarse del caso sin notificarle, entregarle la documentación



Acuerdo de representación abogado-cliente. Esta página ha sido leída, entendida, aceptada y aprobada y el CLIENTE emite su autorización de manera informada como indica su firma en la página tres (3) del presente acuerdo de contrato.

necesaria, y darle tiempo para que usted contrate a otro abogado. Sucede con frecuencia que el abogado debe obtener autorización del tribunal antes de retirarse de un caso. Si usted despide a su abogado sin causa justa luego del periodo de 3 días, es posible que usted tenga que pagar los honorarios del abogado por el trabajo realizado.

3. Antes de contratar a un abogado, usted, el cliente, tiene derecho a obtener información sobre la educación, capacitación y experiencia del abogado en casos similares al suyo. Si usted así lo solicita, el abogado deberle brindará información sobre su experiencia real con casos similares al suyo. Si usted así lo solicita, el abogado debería brindarle información sobre capacitaciones o conocimientos específicos y darle esta información por escrito si usted lo solicita.

4. Antes de firmar un contrato de honorarios condicionales con usted, el abogado debe advertirle si pretende gestionar su caso sólo o si otros abogados le ayudarán con el caso. Si su abogado pretende referir su caso a otros abogados, el abogado debe indicarle qué tipo de arreglo para la división de los honorarios se hará con los demás abogados. Si usted va a ser representado por abogados de diferentes bufetes, al menos un abogado de cada bufete debe firmar el contrato de honorarios condicionales.

5. Si su abogado pretende referir su caso a otros abogados o pedir la asesoría de otros abogados, el abogado debe advertírselo desde el principio. Si su abogado acepta el caso y más tarde decide referirlo a otro abogado o asociarse a otros abogados, usted debe firmar un nuevo contrato que incluya a los nuevos abogados. Usted, el cliente, también tiene derecho a consultar con cada uno de los abogados que trabaje en su caso y cada abogado tiene la responsabilidad legal de representar los intereses de usted y tiene responsabilidad legal por las acciones de los demás abogados involucrados en el caso.

6. Usted, el cliente, tiene derecho a conocer con antelación la manera en que abonará los gastos y honorarios legales al final del caso. Si usted paga un depósito como adelanto de los costos, usted puede hacer preguntas razonables sobre cómo se empleará, o se ha empleado el dinero y cuánto queda de este dinero. Su abogado debe darle un cálculo aproximado razonable de los posibles costos futuros. Si su abogado acepta prestarle o adelantarle dinero a usted para preparar o investigar el caso, usted tiene derecho a saber con cierta periodicidad la cantidad de dinero que el abogado ha empleado en nombre suyo.

Usted también tiene derecho a decidir, luego de consultar con su abogado, la cantidad de dinero que se empleará en preparar el caso. Si usted paga los gastos, usted tiene derecho a decidir lo que va a gastar. Su abogado también debe informarle si los honorarios se basarán en el monto bruto recuperado, o el monto recuperado menos los costos.

7. Usted, el cliente, tiene derecho a que su abogado le advierta las posibles consecuencias adversas de perder el caso. Dichas consecuencias adversas pueden incluir dinero que usted deba pagar a su abogado por costos incurridos y la obligación que usted pueda tener para con los honorarios profesionales de la otra parte.

8. Usted, el cliente, tiene derecho a recibir y autorizar el resumen del caso a su conclusión antes de pagar cualquier cantidad de dinero. El resumen debe indicar todos los detalles financieros de la totalidad del caso, incluyendo los montos recuperados, los gastos y una declaración exacta de los honorarios profesionales de su abogado. Hasta que usted no apruebe el resumen del caso, usted no tiene que pagarle nada a nadie, ni siquiera a su abogado. Usted también tiene derecho a hacer que todos los abogados o bufetes que trabajen en su caso firmen este resumen de caso.

9. Usted, el cliente, tiene derecho a preguntar a su abogado cómo progresa el caso, a intervalos razonables, y a que su abogado responda a estas preguntas al máximo de su capacidad.

10. Usted, el cliente, tiene derecho a tomar la decisión final relacionada con el acuerdo de liquidación de un caso. Su abogado debe notificarle de todas las ofertas de liquidación antes y después del juicio. Las ofertas durante el juicio deben ser comunicadas de inmediato y usted debe consultar con su abogado sobre la posibilidad de aceptar una liquidación. Sin embargo, usted debe tomar la decisión final sobre la aceptación o rechazo de un acuerdo de liquidación.

11. Si en cualquier momento, usted, el cliente, considera que su abogado ha cobrado honorarios excesivos o ilegales, usted tiene derecho a reportar el asunto al Colegio de Abogados de la Florida, la agencia que supervisa la práctica y comportamiento de todos los abogados en la Florida. Para obtener información sobre cómo contactar con el Colegio de Abogados de la Florida, llame al 1-(800) 342-8060, o comuníquese con la asociación de abogados locales. Cualquier desacuerdo entre usted y su abogado sobre el tema de los honorarios debe ventilarse ante los tribunales y es posible que usted deba contratar a otro abogado para ayudarle a solucionar el desacuerdo. Por lo general, las disputas por honorarios deben resolverse en demandas separadas, a menos que su contrato de honorarios disponga la posibilidad de un arbitraje. Usted puede solicitar, mas no exigir, que se incluya en su contrato de honorarios una disposición de arbitraje (conforme al Capítulo 682 de los Estatutos de la Florida, o conforme a la norma de arbitraje de honorarios de las Normas que Regulan al Colegio de Abogados de la Florida).

Fecha: _de 07-26 de 20 19

_____
FIRMA DEL CLIENTE

_____
FIRMA DEL ABOGADO

### AVISO DE CONSENTIMIENTO PARA SER PARTE DEMANDANTE O UNIRSE A LA DEMANDA

Yo, __CESARINA__, por este medio acepto, conforme al Cap. 29 U.S.C. §216(b) de la Ley de normas laborales justas, a ser parte demandante en esta acción en contra de mi empleador, __AIC__, y a ser representado por los abogados de REMER & GEORGES-PIERRE, PLLC, Courthouse Tower, 44 West Flagler Street, Suite 2200, Miami, Florida 33130.

Firma: _[signature]_   Fecha: __07-26-19__

Nombre en letra de imprenta: __CESARINA MORA__